UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALVIN VILLETE CAPARAZ,

    Plaintiff,

v.

WARDEN,

    Defendant.

Case No. 24-cv-00073-PCP

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 2, 3, 10, 11

This habeas petition is dismissed as duplicative of the petition filed in *Caparaz v. California*, Case No. 23-cv-6562-PCP (N.D. Cal. filed Dec. 21, 2023). Dismissal is without prejudice to Mr. Caparaz pursuing the claims filed in Case No. 23-cv-6562-PCP.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: September 30, 2024

P. Casey Pitts
United States District Judge